**COLUMBUS GAS & FUEL CO. v. CITY OF COLUMBUS, OHIO.**

No. 5066.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1931.

See, also, 42 F.(2d) 379; 17 F.(2d) 630.

Eagleson & Laylin and John F. Wilson, all of Columbus, Ohio, for appellant.

Charles A. Leach and James M. Butler, both of Columbus, Ohio, for appellee.

PER CURIAM.

Appeal dismissed, with instructions to dismiss bill of complaint without prejudice.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Mrs. Gladys BILICKE, Respondent.**

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Mrs. Nancy DE ROULET, Respondent.**

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Mrs. Gladys BILICKE, Guardian of Carl A. Bilicke, Minor, Respondent.**

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Mrs. Gladys BILICKE, Guardian of A. Constant Bilicke, Minor, Respondent.**

Nos. 6559-6562.

Circuit Court of Appeals, Ninth Circuit.

Aug. 10, 1931.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Claude I. Parker and Ralph W. Smith, both of Los Angeles, Cal., for respondents.

Before SAWTELLE, Circuit Judge, and ST. SURE, District Judge.

PER CURIAM.

Pursuant to motion of counsel for petitioner, consented to by counsel for respondents, ordered petition to review in each of above causes dismissed without prejudice to rights of any party; mandate in each cause forthwith.

**COMMISSIONER OF INTERNAL REVENUE v. Homer S. JOHNSON and Charles B. Johnson, Executors of Estate of Stephen O. Johnson, Deceased.**

No. 5325.

Circuit Court of Appeals, Sixth Circuit.

April 15, 1931.

C. M. Charest, of Washington D. C., for petitioner.

H. E. Spalding, of Detroit, Mich., for respondents.

PER CURIAM.

Order of Board of Tax Appeals affirmed upon authority of May v. Heiner, 281 U. S. 238, 50 S. Ct. 286, 74 L. Ed. 826, 67 A. L. R. 1244, and journal entry of Supreme Court affirming Commissioner v. Northern Trust Co. (C. C. A.) 41 F.(2d) 732.

**COMMISSIONER OF INTERNAL REVENUE v. METROPOLITAN SECURITIES CORP.**

No. 5921.

Circuit Court of Appeals, Sixth Circuit.

April 7, 1931.

C. M. Charest, of Washington, D. C., for petitioner.

Bulkley, Hauxhurst, Jamison & Sharp, of Cleveland, Ohio, for respondent.

PER CURIAM.

Docketed and dismissed by court order, pursuant to stipulation of counsel.